**FILED**
October 21, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARA SANG PATTERSON,<br><br>Defendant. | Case No. 2:21-mj-166-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SARA SANG PATTERSON , Case No.  2:21-mj-166-CKD  Charge 18 USC § 1708 , from custody for the following reasons:

__X__ Release on Personal Recognizance – on same terms as conditions as previously imposed

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on October 21, 2021 at _3:30 pm____.

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney